**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARSHA GOLDSTEIN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FINLEY CATERING CO. INC., *et al.* | : | NO.  24-69 |

## <u>ORDER</u>

**AND NOW**, this 14th day of November 2025, upon consideration of Defendant Campus's Motion to Dismiss (Document No. 48), Plaintiff's Opposition thereto (Document No. 49), and for the reasons contained in the court's Memorandum Opinion of today, it is hereby **ORDERED** that Defendant Campus's Motion is **DENIED**.

**BY THE COURT**:


_____*/s/ Carol Sandra Moore Wells*_____
CAROL SANDRA MOORE WELLS
United States Magistrate Judge